UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV423-287 |
| ) | |
| EFFINGHAM HEALTH SYSTEM ) | |
| FOUNDATION, INC. d/b/a ) | |
| EFFINGHAM HEALTH SYSTEM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff moves to stay deadlines in this case pending disposition of her yet-to-be-filed motion to remand. *See* doc. 26. Defendant does not oppose the stay. *Id.* at 2. This Court previously denied Defendant's unopposed motion to extend its deadline to respond to the Complaint pending resolution of the same anticipated motion to remand on the grounds that "the Court [could not] find the required good cause based on the resolution of a motion that does not yet exist" under Federal Rule of Civil Procedure 6(b). Doc. 14 at 1.

But Plaintiff proceeds in a different posture. Plaintiff's motion to stay is governed by different standards than Defendant's motion for an extension of time. "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). *See also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Furthermore, the assurance that Plaintiff intends to file a motion to remand comes from Plaintiff herself, and Plaintiff provides a date certain for filing her motion to remand: October 30, 2023. *See* doc. 26 at 1. And finally, Defendant has now filed a Motion to Dismiss that appears to be case dispositive. *See* doc. 27 at 1 (moving to dismiss the Complaint "in its entirety."). These factors all weigh in favor of some stay of these proceedings.

Therefore, the Court **STAYS** all deadlines in this case, other than those identified below, pending the resolution of the latter of the forthcoming motion to remand or the Defendants' Motion to Dismiss. Plaintiff is **DIRECTED** to file her motion to remand no later than

October 30, 2023.  Deadlines for responses to the Motion to Dismiss, doc. 27, and the forthcoming Motion to Remand, and any replies, shall be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.  If, after disposition of the latter of the two motions, any claims remain, the parties are **DIRECTED** to confer and submit a Rule 26(f) Report within 14 days of such disposition.

    **SO ORDERED**, this 20th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA