UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JANE DOE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV423-287 |
| | ) | |
| EFFINGHAM HEALTH SYSTEM | ) | |
| FOUNDATION, INC. d/b/a | ) | |
| EFFINGHAM HEALTH SYSTEM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court previously directed Defendant to show cause as to why its motion to dismiss, doc. 27, should not be dismissed as moot in light of Plaintiff's amended complaint. Doc. 40 at 2 (citing *Auto-Owners Ins. Co. v. Tabby Place Homeowner's Ass'n., Inc.*, 637 F. Supp. 3d 1342, 1348 n.4 (S.D. Ga. 2022)). Defendant has responded and conceded that its Motion to Dismiss Plaintiff's Complaint, doc. 27, "should be dismissed solely on the ground that it is moot in light of Plaintiffs Jane Doe, Janet Roe, and Jane Smith's amended complaint." Doc. 44 at 1. Given that express

recognition, the Defendant's prior Motion to Dismiss is **TERMINATED**, as moot. Doc. 27.

    **SO ORDERED**, this 4th day of December, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA